■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO WAITH PINDER, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered March 5, 1982, convicting him of assault in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The supplemental instructions delivered by the Trial Judge after the jury indicated that it was deadlocked were "essentially neutral" and did not serve to coerce the jurors to reach a certain verdict or any verdict (see *People v Page,* 47 NY2d 968, 970, cert den 444 US 936; *People v Pagan,* 45 NY2d 725; cf. *People v Robinson,* 84 AD2d 732).

We have considered defendant's remaining contentions and find them to be either unpreserved or lacking in merit. Thompson, J. P., O'Connor, Boyers and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL D. ROBINSON, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Sherman, J.), rendered March 17, 1983, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

On appeal, defendant contends that his arrest was not predicated upon probable cause and that he was improperly denied counsel at the prearraignment lineup. We reject these arguments, for reasons stated in the pretrial memorandum decision of Judge Sherman. We have considered defendant's remaining contentions and find them to be without merit. Thompson, J. P., O'Connor, Boyers and Lawrence, JJ., concur.